IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Smith, Mary K | Case Number: 08 B 04348 |
| | Judge: Wedoff, Eugene R |
| Printed: 12/10/08 | Filed: 2/26/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: October 30, 2008
Confirmed: May 22, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 685.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 640.47 |
| Trustee Fee: | | 44.53 |
| Other Funds: | | 0.00 |
| Totals: | 685.00 | 685.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Legal Helpers | Administrative | 2,500.00 | 640.47 |
| 2. | America's Wholesale Lenders | Secured | 0.00 | 0.00 |
| 3. | Countrywide Home Loans Inc. | Secured | 0.00 | 0.00 |
| 4. | Countrywide Home Loans Inc. | Secured | 15,693.91 | 0.00 |
| 5. | America's Wholesale Lenders | Secured | 2,758.90 | 0.00 |
| 6. | First Bank Of Delware | Unsecured | 56.94 | 0.00 |
| 7. | Jefferson Capital Systems LLC | Unsecured | 109.76 | 0.00 |
| 8. | Midland Credit Management | Unsecured | 68.57 | 0.00 |
| 9. | Portfolio Recovery Associates | Unsecured | 54.97 | 0.00 |
| 10. | Cook County Treasurer | Secured | | No Claim Filed |
| 11. | First National Credit Card | Unsecured | | No Claim Filed |
| 12. | Cbe Group | Unsecured | | No Claim Filed |
| 13. | Harris & Harris | Unsecured | | No Claim Filed |
| | | | $ 21,243.05 | $ 640.47 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 44.53 |
| | $ 44.53 |

Page 2

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE:  Smith, Mary K | Case Number:  08 B 04348 |
| | Judge:  Wedoff, Eugene R |
| Printed: 12/10/08 | Filed:  2/26/08 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

                           Marilyn O. Marshall, Trustee, by:

